# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, | Case No. 19-11466 (MFW) |
| Debtors. | Jointly Administered |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C., | |
| Plaintiffs, | |
| v. | Adv. Proceeding No. 21-50912 (MFW) |
| HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC, | |
| Defendant. | |

### ORDER APPROVING STIPULATION EXTENDING TIME FOR HRE CAPITAL, LLC F/K/A HEALTHCARE REAL ESTATE CAPITAL, LLC TO RESPOND TO THE COMPLAINT

Upon consideration of the *Stipulation Extending Time for HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC to Answer Complaint* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED that the Stipulation is hereby APPROVED.

# EXHIBIT 1

**Stipulation Extending Time for HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC to Respond to Complaint**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al*., | : : : | Case No. 19-11466 (MFW) |
| Debtors. | : | Jointly Administered |
| ------------------------------------------------------------------------ | : | |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C., | : : : : : : : : : : | |
| Plaintiffs, | : | |
| v. | : | Adv. Proceeding No. 21-50912 (MFW) |
| HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC, | : : | |
| Defendant. | : | |
| -------------------------------------------------------------------------- | : | |

**STIPULATION EXTENDING TIME FOR HRE CAPITAL, LLC F/K/A HEALTHCARE REAL ESTATE CAPITAL, LLC TO RESPOND TO COMPLAINT**

NOW COMES the above-captioned plaintiffs (collectively, the "Plaintiffs") and defendant HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC (the "Defendant"), by and through their undersigned counsel, and hereby stipulate, subject to approval of the Court, that the deadline for Defendant to answer, plead or otherwise respond to the *Complaint for Avoidance and Recovery of Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 & 550* [Adv. D.I. 1] is extended through and including November 1, 2021.

39031354.1 09/27/2021

Dated: September 27, 2021

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP** |
| */s/ Mark Minuti* | */s/ Jonathan L. Flaxer* |
| Mark Minuti (DE Bar No. 2659) | Jonathan L. Flaxer |
| John D. Demmy (DE Bar No. 2802) | Michael Weinstein |
| Monique B. DiSabatino (DE Bar No. 6027) | 711 Third Avenue |
| 1201 N. Market Street, Suite 2300 | New York, NY 10017 |
| P.O. Box 1266 | Telephone: (212) 907-7327 |
| Wilmington, DE 19899 | Fax: (212) 754-0777 |
| Telephone: (302) 421-6800 | jflaxer@golenbock.com |
| mark.minuti@saul.com | mweinstein@golenbock.com |
| john.demmy@saul.com | |
| monique.disabatino@saul.com | *Counsel for Defendant HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC* |

  -and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for the Plaintiffs*