# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11466 (MFW) <br><br> Jointly Administered |
| ------------------------------------------------------------------ | |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br> Adv. Pro. No. 21-50912 (MFW) |
| ------------------------------------------------------------------ | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 20, 2022, a copy of the *Defendant's First Request for Documents to Plaintiffs* was served via regular, first-class mail and electronic mail upon the parties listed below:

{00033053. }

| | |
|---|---|
| Mark Minuti<br>John D. Demmy<br>Monique B. DiSabatino<br>**SAUL EWING ARNSTEIN &**<br>**LEHR LLP**<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>john.demmy@saul.com<br>monique.disabatino@saul.com | Jeffrey C. Hampton<br>Adam H. Isenberg<br>**SAUL EWING ARNSTEIN &**<br>**LEHR LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com |
| Dated: April 20, 2022<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Frederick B. Rosner (DE #3995)<br>Jason A. Gibson (DE #6091)<br>Zhao (Ruby) Liu (DE #6436)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>(302) 777-1111<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br>liu@teamrosner.com<br><br>-and-<br><br>**GOLENBOCK EISEMAN ASSOR**<br>**BELL & PESKOE LLP**<br>Jonathan Flaxer<br>jflaxer@golenbock.com<br>Michael Weinstein<br>mweinstein@golenbock.com<br>711 Third Avenue<br>New York, New York 10017<br>Tel: 212-907-7300<br>Fax: 212-754-0330<br><br>*Counsel for Defendant* |