# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>Jointly Administered |
| ------------------------------------------------------------------ | |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C., | |
|                         Plaintiffs, | Adv. Pro. No. 21-50912 (MFW) |
|     v. | |
| HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC, | |
|                         Defendant. | |
| ------------------------------------------------------------------ | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 23, 2022, a copy of the *Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories and Request for Production of Documents* was served via electronic mail upon the parties listed below:

{00033328. }

| | |
|---|---|
| Mark Minuti<br>John D. Demmy<br>Monique B. DiSabatino<br>**SAUL EWING ARNSTEIN &<br>LEHR LLP**<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>mark.minuti@saul.com<br>john.demmy@saul.com<br>monique.disabatino@saul.com | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Mayer Kohn<br>**SAUL EWING ARNSTEIN &<br>LEHR LLP**<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>mayer.kohn@saul.com |

Dated: May 23, 2022
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Jason A. Gibson (DE #6091)
Zhao (Ruby) Liu (DE #6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
gibson@teamrosner.com
liu@teamrosner.com

-and-

**GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP**

Jonathan Flaxer
jflaxer@golenbock.com
Michael Weinstein
mweinstein@golenbock.com
711 Third Avenue
New York, New York 10017
Tel: 212-907-7300
Fax: 212-754-0330

*Counsel for Defendant*