# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 19–11466–MFW |
| Center City Healthcare, LLC and Keystone Quality Transport, Inc. ) | Bankruptcy Chapter: 11 |
| Debtor ) | |
| _____ ) | |
| Center City Healthcare, LLC ) | |
| Hahnemann University Hospital ) | |
| Plaintiff ) | Adv. Proc. No.: 21–50912–MFW |
| vs. ) | |
| HRE Capital, LLC ) | |
| Defendant ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING
### TO MEDIATION, APPOINTING MEDIATOR, AND SETTING MEDIATION DEADLINES AND TRIAL DATE

Pursuant to this Court's Local Rule 9019–5, Center City Healthcare, LLC , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above–captioned adversary proceeding. Upon the foregoing, it is hereby

**ORDERED** that this matter is scheduled for  ; and it is further

**ORDERED** that the above–captioned adversary proceeding is hereby assigned to mediation; and it is further

**ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court; and it is further

**ORDERED** that:

(a) If the parties have stipulated to entry of this order, Leslie A. Berkoff , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,

(b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further

**ORDERED** that within two (2) business days of receipt of this order the Parties shall e–mail and/or fax the appointed Mediator and indicate whether the case has been settled and provide a contact person's name, telephone number, fax number and e–mail address. Failure to do so will subject the parties to an administrative fee and possible additional sanctions; and it is further

**ORDERED** that if a case has been settled as outlined in the preceding paragraph, the Parties shall notify and file with the Court all relevant settlement documents within (14) fourteen business days of the date the mediator was notified of said settlement. The parties shall file a request for extension of time if additional time is required to prepare and file the necessary settlement documents with the Court. Any such request for extension of time shall be filed within ten business days of the date the mediator was notified of said settlement; and it is further

**ORDERED** that the Parties shall furnish the mediator with copies of such documents and such confidential statement of position as the mediator may request; and it is further

**ORDERED** that within twenty one (21) days of appointment, the mediator shall schedule an initial mediation session; and it is further

**ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

**ORDERED** that pursuant to Local Rule 9019–5(c)(iii)(A), the Parties and counsel shall attend such mediation sessions as the Mediator shall deem appropriate and necessary at such times and places as the mediator shall determine; and it is further

**ORDERED** that no later than (14) fourteen days following the conclusion of the mediation or 60 days after the entry of this order, whichever is earlier, the mediator shall file and serve on the parties the mediator's certificate of completion or mediation status report. The information provided by the mediator shall not contain any information concerning the merits of the case or confidential communications made during the mediation process; and it is further

**ORDERED** that within one day after the entry of this Order, the attorneys for each of the Parties shall send a copy of this Order to (1) each of the individual Parties that such attorney represents; and/or (2) the principal, officer, director or other person with full settlement authority for each entity that such attorney represents.

Date: 7/8/22

*Mary F. Walrath*
Mary F. Walrath
Bankruptcy Judge

(VAN−416)
Form Revised 03/27/13

United States Bankruptcy Court
District of Delaware

Center City Healthcare, LLC,
    Plaintiff

Adv. Proc. No. 21-50912-MFW

HRE Capital, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 08, 2022 | Form ID: van416 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Center City Healthcare, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | HPS of PA, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| dft | + | HRE Capital, LLC, 2506 Florida Avenue, West Palm Beach, FL 33401-7814 |
| md | + | Leslie Ann Berkoff, Moritt Hock Hamroff & Horowitz, LLP, 400 Garden City Plaza, Suite 202, Garden City, NY 11530-3327 |
| pla | + | Philadelphia Academic Health System, LLC, 216 North Broad Street, Fourth Floor, Philadelphia, PA 19102-1121 |
| pla | + | Philadelphia Academic Medical Associates, LLC, 216 North Broad Street, Fourth Floor, Philadelphia, PA 19102-1121 |
| pla | + | SCHC Pediatric Anesthesia Associates, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | SCHC Pediatric Associates, L.L.C., 160 East Erie Avenue, Philadelphia, PA 19134-1011 |
| pla | | St. Christopher's Healthcare, LLC, 150 East Erie Avenue, Philadelphia, PA 19134 |
| pla | + | St. Christopher's Pediatric Urgent Care Center, L., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | StChris Care at Northeast Pediatrics, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | TPS II of PA, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | TPS III of PA, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | TPS IV of PA, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | TPS V of PA, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |
| pla | + | TPS of PA, L.L.C., 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0311-1        User: admin        Page 2 of 3
Date Rcvd: Jul 08, 2022        Form ID: van416        Total Noticed: 16

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason A. Gibson | on behalf of Defendant HRE Capital LLC gibson@teamrosner.com |
| John D. Demmy | on behalf of Plaintiff St. Christopher's Healthcare LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff Philadelphia Academic Health System LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff Philadelphia Academic Medical Associates LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff SCHC Pediatric Anesthesia Associates L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff SCHC Pediatric Associates L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS II of PA L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS of PA L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff StChris Care at Northeast Pediatrics L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff Center City Healthcare LLC john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS III of PA L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS V of PA L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff TPS IV of PA L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| John D. Demmy | on behalf of Plaintiff HPS of PA L.L.C. john.demmy@saul.com, robyn.warren@saul.com |
| Leslie A. Berkoff | on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com |
| Mark Minuti | on behalf of Plaintiff TPS II of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff SCHC Pediatric Associates L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS III of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff SCHC Pediatric Anesthesia Associates L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS V of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff Philadelphia Academic Health System LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff TPS IV of PA L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff St. Christopher's Pediatric Urgent Care Center L.L.C. mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff St. Christopher's Healthcare LLC mark.minuti@saul.com, robyn.warren@saul.com |
| Mark Minuti | on behalf of Plaintiff Center City Healthcare LLC mark.minuti@saul.com, robyn.warren@saul.com |

District/off: 0311-1      User: admin      Page 3 of 3
Date Rcvd: Jul 08, 2022      Form ID: van416      Total Noticed: 16

Mark Minuti
    on behalf of Plaintiff Philadelphia Academic Medical Associates  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Plaintiff StChris Care at Northeast Pediatrics  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Plaintiff HPS of PA  L.L.C. mark.minuti@saul.com, robyn.warren@saul.com

TOTAL: 30